ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. |
| v. | **3-19CR-284-M** |
| HERVEY SIMENTAL CARDENAS | |

# INDICTMENT

The Grand Jury charges:

Count One
Illegal Reentry After Removal from the United States
(Violation of 8 U.S.C. § 1326(a) and (b)(1))

On or about June 25, 2016, in the Dallas Division of the Northern District of Texas, the defendant, **Hervey Simental Cardenas**, an alien, was found in the United States after having been deported and removed therefrom on or about May 12, 2015, without having received the express consent of the United States Attorney General or the Secretary of the Department of Homeland Security to reapply for admission since the time of the Defendant's previous deportation and removal.

In violation of 8 U.S.C. § 1326(a) and (b)(1).

Indictment—Page 1

A TRUE BILL

_____
FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
SHANE READ
Assistant United States Attorney
State Bar No. 16623950
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8732
Facsimile: 214-659-8600
Email: shane.read@usdoj.gov

Indictment—Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

HERVEY SIMENTAL CARDENAS

INDICTMENT

8 U.S.C. § 1326(a) and (b)(1)
Illegal Reentry after Removal from the United States
(Counts 1)

1 Counts

A true bill rendered

DALLAS                                                                                   FOREPERSON

Filed in open court this 11 day of June, 2019.

**Warrant to be Issued**

UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending